1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| THEODORE HEINEMANN,<br><br>Plaintiff,<br><br>v.<br><br>UNITED CONTINENTAL AIRLINES,<br><br>Defendant. | CASE NO. 2:11-CV-00002-MJP<br><br>ORDER TO SHOW CAUSE |

The Court has received and reviewed Defendant's Status Report and Discovery Plan (Dkt. No. 10), including the Declaration of David Howenstine concerning the attempts by the defense to obtain Plaintiff's cooperation in the preparation of a Joint Status Report and discovery plan.  Good cause appearing,

IT IS ORDERED THAT, by no later than **March 28, 2011**, Plaintiff shall show cause why this matter should not be dismissed for his failure to cooperate with opposing counsel and move this litigation forward.  Plaintiff's response to this show-cause order shall not exceed six (6) pages and shall contain an explanation for his failure to cooperate to date.

1     The clerk is ordered to provide copies of this order to all counsel.

2     Dated this _17th_ day of March, 2011.

3

4

5                             Marsha J. Pechman

6                             United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24