UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| THEODORE HEINEMANN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>UNITED CONTINENTAL AIRLINES,<br><br>　　　　　Defendant. | CASE NO. 2:11-CV-00002-MJP<br><br>**AMENDED**<br>ORDER TO SHOW CAUSE |

The Court, after reviewing Defendant's Status Report and Discovery Plan (Dkt. No. 10), including the Declaration of David Howenstine concerning the attempts by the defense to obtain Plaintiff's cooperation in the preparation of a Joint Status Report and discovery plan, issued an Order to Show Cause which was inadvertently mailed to an old address of Plaintiff's. Since Plaintiff was not made aware of the original OSC, the Court is re-issuing the order with an extended deadline and sending it to his current address. Good cause appearing,

IT IS ORDERED THAT, by no later than **April 4, 2011**, Plaintiff shall show cause why this matter should not be dismissed for his failure to cooperate with opposing counsel and move

AMENDED- 1

1  this litigation forward.  Plaintiff's response to this show-cause order shall not exceed six (6)
2  pages and shall contain an explanation for his failure to cooperate to date.
3
4       The clerk is ordered to provide copies of this order to all counsel.
5       Dated this _23rd_ day of March, 2011.

                                    _____
                                    Marsha J. Pechman
                                    United States District Judge

ORDER TO SHOW CAUSE- 2