Honorable Marsha Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

THEODORE HEINEMANN,

        Plaintiff,

v.

UNITED AIRLINES,

        Defendant.

NO. 2:11-cv-00002-MJP

ORDER GRANTING DEFENDANT UNITED AIRLINES' MOTION FOR VOLUNTARY DISMISSAL OF COUNTERCLAIM

This matter comes before the Court on Defendant United Airlines' Motion for Voluntary Dismissal of Counterclaim. The Court has reviewed and considered the filings and pleadings in this case, including the following:

1. Defendant United Airlines' Motion for Voluntary Dismissal of Counterclaim; and

2. Defendant United Airlines' reply.

ORDER GRANTING DEFENDANT UNITED AIRLINES' MOTION FOR VOLUNTARY DISMISSAL OF COUNTERCLAIM (No. 2:11-cv-00002-MJP) - 1

No response to the motion was filed by Plaintiff. Accordingly, the Court ORDERS that Defendant United Airlines' Motion for Voluntary Dismissal of Counterclaim is GRANTED in its entirety and in accordance with the following conditions and terms:

1. The voluntary dismissal of Defendant's counterclaim is without prejudice and without an award of fees or costs;

2. The voluntary dismissal of Defendant's counterclaim is conditioned on Defendant's right to renew its counterclaim if Plaintiff re-files his claims in any jurisdiction;

3. The voluntary dismissal of Defendant's counterclaim is conditioned on Defendant's right to renew its counterclaim if the Court's order granting summary judgment is reversed or modified;

4. The voluntary dismissal of Defendant's counterclaim shall not trigger the two-dismissal rule of Fed. R. Civ. P. 41(a)(1)(B);

5. The voluntary dismissal of Defendant's counterclaim shall not preclude Defendant from asserting any counterclaims, including the instant counterclaim, against Plaintiff under Washington's Anti-SLAPP statute or similar laws in other jurisdictions if Plaintiff re-files his claims in a different lawsuit.

Dated this _7th_ day of _July_, 2011.

Marsha J. Pechman
United States District Judge

ORDER GRANTING DEFENDANT UNITED AIRLINES' MOTION
FOR VOLUNTARY DISMISSAL OF COUNTERCLAIM (No. 2:11-cv-00002-MJP) - 2

ORDER GRANTING DEFENDANT UNITED AIRLINES' MOTION
FOR VOLUNTARY DISMISSAL OF COUNTERCLAIM (No. 2:11-
cv-00002-MJP) - 3

Presented by:

MILLS MEYERS SWARTLING
Attorneys for United Airlines

By: <u>*/s/ David W. Howenstine*</u>
    Caryn Geraghty Jorgensen
    WSBA No. 27514
    cjorgensen@mms-seattle.com
    David W. Howenstine
    WSBA No. 41216
    dhowenstine@mms-seattle.com

ORDER GRANTING DEFENDANT UNITED AIRLINES' MOTION FOR VOLUNTARY DISMISSAL OF COUNTERCLAIM (No. 2:11-cv-00002-MJP) - 4

# CERTIFICATE OF SERVICE

The undersigned certifies under penalty of perjury under the laws of the State of Washington that on this date I caused to be served in the manner indicated a copy of the within and foregoing document upon the following persons:

*Plaintiff Pro Se*:

Theodore Heinemann
441 Houseman Ave NE, Apt. #2
Grand Rapids, MI  49503

☒ Via first class mail, postage prepaid
☐ Via facsimile to
☐ Via Legal Messengers
☒ E-mail desistohater@yahoo.com

Theodore Heinemann
251 Lenora Avenue NW
Grand Rapids, MI  49504

☒ Via first class mail, postage prepaid
☐ Via facsimile to
☐ Via Legal Messengers

DATED this 13th day of June 2011.

*/s/Teresa A. Caceres*
Legal Assistant