# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| THEODORE HEDLEY HEINEMANN,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED CONTINENTAL AIRLINES,<br><br>    Defendant. | **JUDGMENT IN A CIVIL CASE**<br><br>CASE NUMBER: 2:11-CV-00002-MJP |

___   **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

xx  **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT

Plaintiff's claims be DISMISSED pursuant to summary judgment and Defendant's counterclaim be DISMISSED pursuant to Defendant's motion; THEREFORE, there being no remaining issues before this Court,

This matter is DISMISSED.

Dated:   July 7, 2011.

William M. McCool
Clerk of Court

s/Mary Duett
Deputy Clerk
